UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNIE J. SAVANNAH, JERMAINE NEEKO SAVANNAH, | ) ) ) |
| Plaintiff, | 2:10-cv-0362-KJD-RJJ |
| vs. | |
| HARRAH'S ENTERTAINMENT, etc., *et al*., | O R D E R |
| Defendant, | |

This matter came before the Court October 8, 2010, for a hearing on a Motion to Withdraw as Counsel of Record (#17) filed by Plaintiffs' counsel. Good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for November 8, 2010, at 10:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, on the Motion to Withdraw as Counsel of Record (#17).

IT IS FURTHER ORDERED that Plaintiff, Ernie J. Savannah must be present in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

IT IS FURTHER ORDERED that plaintiffs' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on the Plaintiffs. Proof of compliance with this service requirement

1  must be filed with the court prior to the scheduled hearing. There is NO EXCEPTION to the
2  service requirement.
3         DATED this __19th__ day of October, 2010.

```
                                              _____
                                              ROBERT J. JOHNSTON
                                              United States Magistrate Judge
```