UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERNIE J. SAVANNAH, *et al.*, | )<br>) |
| Plaintiff, | ) 2:10-cv-0362-KJD-RJJ<br>) |
| vs. | )<br>) |
| HARRAH'S ENTERTAINMENT, etc., *et al.*, | ) O R D E R<br>)<br>) |
| Defendant, | )<br>) |

This matter was scheduled for a hearing on Nov. 8, 2010, for a hearing on a Motion to Withdraw as Counsel (#17) filed by Plaintiffs' counsel. Plaintiffs' counsel and plaintiffs did not appear for this hearing. Good cause appearing therefore

IT IS HEREBY ORDERED that the hearing on the Motion to Withdraw as Counsel (#17) is rescheduled to December 14, 2010, at 2:00 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff, Ernie J. Savannah must be present in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court. Further, Plaintiff shall advised the court of the status of the guardianship re: Jermaine Neeko Savannah.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall personally serve, or serve by certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this Order on Plaintiff, Ernie J. Savannah. Proof of compliance with this service requirement

1 **must be filed with the court prior to the scheduled hearing**. There is NO EXCEPTION to the
2 service requirement.
3     DATED this  10th  day of November, 2010.

```
                                        _____
                                        ROBERT J. JOHNSTON
                                        United States Magistrate Judge
```