# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERNIE J. SAVANNAH, *et al.*,

    Plaintiffs,

v.

HARRAH'S ENTERTAINMENT, *et al.*,

    Defendants.

Case No. 2:10-CV-00362-KJD-GWF

**ORDER**

    On September 2, 2010, the magistrate judge ordered Plaintiffs to file an amended complaint no later than September 27, 2010 and to serve the amended complaint no later than December 27, 2010. However, though the magistrate judge did not extend the deadlines, on December 13, 2010, he gave Plaintiffs until January 31, 2011 to designate new counsel of record. Plaintiffs have failed to file an amended complaint, serve an amended complaint or designate new record of counsel.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Complaint is **DISMISSED without prejudice** for failure to abide by the orders of the Court.

    DATED this 4th day of April 2011.

                                                     Kent J. Dawson
                                                   United States District Judge